April 14, 1970

## Commonwealth *v.* Mahoney, Appellant.

Submitted March 9, 1970. *Smith B. Gephart,* Assistant Public Defender, for appellant; *Jerome T. Foerster,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Mendelson Unemployment Compensation Case.

Argued March 19, 1970. *Sylvia N. Mendelson,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

HOFFMAN, J., dissents.

May 21, 1970

## Allison, Appellant, *v.* Garrison.

Argued March 9, 1970. *P. Nelson Alexander,* with him *Alexander & Alexander,* for appellant; *Paul S. Shaffer,* for appellee.

Judgment affirmed.